*Per Curiam.* For the reasons stated in *State, ex rel. Noll,* v. *Indus. Comm.* (1991), 57 Ohio St. 3d 203, 567 N.E. 2d 245, we reverse the judgment of the court of appeals and issue a limited writ returning the cause to the commission to identify the nonmedical disability factors on which it relied and to briefly explain the reasons for its decision.

*Judgment reversed and limited writ issued.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

THE STATE, EX REL. CARTER, APPELLANT, *v.* GENERAL TIRE & RUBBER COMPANY ET AL., APPELLEES.

[Cite as State, ex rel. Carter, *v.* General Tire & Rubber Co. (1991), 59 Ohio St. 3d 61.]

(No. 90-615—Submitted February 5, 1991—Decided April 24, 1991.)

*Michael J. Muldoon,* for appellant.

*Roetzel & Andress, George A. Clark* and *Orlando J. Williams,* for appellee General Tire & Rubber Co.

*Lee I. Fisher,* attorney general, and *Michael L. Squillace,* for appellee Industrial Commission of Ohio.

*Per Curiam.* For the reasons stated in *State, ex rel. Noll,* v. *Indus. Comm.* (1991), 57 Ohio St. 3d 203, 567 N.E. 2d 245, we reverse the judgment of the court of appeals and issue a limited writ returning the cause to the commission to identify the nonmedical disability factors on which it relied and to briefly explain the reasons for its decision.

*Judgment reversed and limited writ issued.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.